OPINION — AG — ** TIMBER IN WILDERNESS — CUTTING RESTRICTED ** THE OKLAHOMA DEPARTMENT OF WILDLIFE CONSERVATION DOES 'NOT' HAVE THE AUTHORITY TO CUT TIMBER AND CONTRACT FOR THE ERECTION OF AN ELECTRIC POWER LINE TO SERVE A RESIDENCE FOR DEPARTMENT EMPLOYEES IN THE WILDERNESS AREA OF MCCURTAIN COUNTY AS DESCRIBED IN 29 O.S. 721 [29-721] (POWER LINES, UTILITY, WILDLIFE) CITE: 29 O.S. 724 [29-724], 29 O.S. 721 [29-721], 29 O.S. 723 [29-723] (DALE F. CROWDER)